**FILED**

**MAY 1 3 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENNY A. ESPINOZA,

      Petitioner,

vs.

J. WALKER, Warden,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

No. C 07-1741 JSW (PR)

**ORDER GRANTING EXTENSION OF TIME**

(Docket No. 16)

Good cause appearing, Petitioner's request for an extension of time, to and including **June 10, 2008**, in which to file a traverse is GRANTED.

This order terminates Docket No. 16.

IT IS SO ORDERED.

DATED: MAY 1 3 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BENNY ESPINOZA,

    Plaintiff,

v.

J. WALKER et al,

    Defendant.

_____/

Case Number: CV07-01741 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benny A. Espinoza
V90095
C.S.P.
P.O. Box 290066
Represa, CA 95671-0066

Stan Michael Helfman
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: May 13, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk