IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY A. ESPINOZA,<br><br>          Petitioner,<br><br>   vs.<br><br>J. WALKER, Warden,<br><br>          Respondent. | No. C 07-1741 JSW (PR)<br><br>**JUDGMENT** |

The Court has denied this petition for a writ of habeas corpus. A judgment is entered in favor of Respondent. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 2, 2009

JEFFREY S. WHITE
United States District Judge